IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG 15 A 9:31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Manson Fisher Jr, EL #152643 )
Full name and prison number )
of plaintiff(s) )
)
V. )  CIVIL ACTION NO. 2:05cv780-F
)  (To be supplied by the clerk
Mr. Hightower )  of U.S. District Court)
)
Doral Campbell )
)
_____ )
)
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES( )  NO(✓)

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____N/A_____

4

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____*N/A*_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition *N/A*

II. PLACE OF PRESENT CONFINEMENT *William E. Donaldson Corr. Facility*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Same as above*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS

1. *Mr. Hightower,*  *1400 Lloyd St. P.O. Box 301501 Montgomery, Ala. 36130*
   *Institutional Coordinator.*

2. *Donal Campbell*  *1400 Lloyd St. P.O. Box 301501 Montgomery, Ala. 36130*
   *D.O.C. Commissioner.*

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *7/22/05*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Prison Regulation Restricting inmates Mail Violates First Amendment Right of Correspondence.*

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Extra Sheet (A)

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

plaintiff seeks Declaratory Judgment, Injunctive relief, Compensatory damages in the amount of Five hundred (500.00) dollars and punitive damages of one thousand (1,000) dollars from each defendant, plus cost of Court.

_Manson Luther Jr. El_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  8/11/05
                (Date)

_Manson Luther Jr. El_
Signature of plaintiff(s)

7

Extra Sheet (A)

Facts:

Prison Coordinator, Roy Hightower, & Donal Campbell acted in concert under color of state law and deprived plaintiff of his right to correspondence with outside citizens (Free World) by enacting a regulation that impenges upon his right to correspondence, U.S. Constitution, Amendment 1, and said regulation serves no penological purpose. Plaintiff received mail on 7/22/05 that was rejected to be delivered to him by the institutional Mail room, as the same was objected to by plaintiff per First Amendment, and the same was denied by the Mail room.

Manson Fisher Jr. El

(1)