EXHIBIT (A)

From: Manson Fisher Jr, EL #152643 /6-32

8/8/05

To: Mail clerk

In RE: Inmate protest slip.

### Request for original protest slip or copy

Dear Sir/Madam;

on 7/22/05 i received a Mail rejection slip, with space for protest - on 7/25/05 i filed protest to the rejection of my letter, then on 8/2/05 i got a slip back with my protest denied, but it was not the original, i respectfully request a copy of my original Form.

cc: In File

Thanks in Advance;

Manson Fisher Jr, EL

Attch Copy! As per request.

8/8/05