## NOTIFICATION OF REJECTED MAIL

INSTITUTION: <u>William E. Donaldson C.F.</u>   DATE: 7/22/05

FROM:   Institutional Mail Room

TO:   INMATE <u>Manson Fisher</u>

AIS# <u>152643</u>   CELL/DORM <u>G</u>   BED# <u>32</u>

CORRESPONDENCE/PUBLICATION FROM: <u>Prison Pen Pals</u>

Date received at this institution: <u>Wm. E. Donaldson</u> This correspondence/publication is being returned to the sender due to the following reason(s):

1) Letter

___ Inmate has the option to return mail to sender at his/her own expense within 30 days, or property will be destroyed.

___ Inmate has 72 hours from above date of this notice to protest this return by stating his/her reasons below and returning this form to the Mail Room. Reason(s) for protest:
I don't feel that my receiving the pen-pal list will cause any problems i just want to write a few people and exchange ideas, Maybe meet a new friend or two. If there is anyway possible i would really appreciate having this list. Thank you for your time and Consideration.

___ Publisher has 20 days from receipt of this notice to appeal this decision and obtain an independent review of this rejection by sending its objections to the warden of this facility.

<u>Manson Fisher Jr. El</u>   <u>152643</u>   <u>7/25/05</u>
Inmate's Signature   AIS#   Date

INMATE PROTEST DENIED   INMATE PROTEST GRANTED

PUBLISHER PROTEST DENIED   PUBLISHER PROTEST GRANTED

<u>Capt. Jon   Capt Jon   7-26-05</u>
Printed Name/Authorized Signature   Printed Name/Authorized Signature

Date Returned to Sender   Date Returned to Inmate

May 30, 2000 - AR303   Annex C