**ATTENTION ALL INMATES:**
Inmates must have their ID cards anytime they're outside of their living quarters. ID cards must be used during meals, pill calls, store draws, and any other functions that are deemed appropriate by the Administration of Donaldson Correctional Facility. It is the responsibility of each inmate to keep and maintain his own ID card. Any ID card that's lost and/or destroyed will be replaced at a cost of $3.00 paid by the inmate. Any fraudulent use of the ID card will result in disciplinary action.

**ATTENTION ALL INMATES:**
Any items found in the inmate I.D. case, other than the state issued I.D., will be confiscated as contraband. Defacing the inmate I.D. card (masking tape, grease, pencil, magic marker, etc.) will subject the inmate to disciplinary action. If the I.D. card is defaced, a replacement card will be made at a cost of $3.00.

**ATTENTION ALL INMATES:**
Due to the impact on mail personnel, **commercial pen-pal lists** are not allowed at this institution, per Mr. Hightower, Institutional Coordinator.

**ATTENTION ALL INMATES:**
Inmates can soon purchase key locks from the Canteen when available. The cost of these locks will be approximately $8.40 and comes with two (2) keys. One (1) key will be maintained by security. You will receive a disciplinary if you trade, sell, or loan the lock to another inmate. Only one (1) lock will be issued to an inmate. You will have to make your own provisions on how to use your lock when you have two (2) locker boxes assigned. You will report a loss, theft, or a damaged lock as soon as possible.

**ATTENTION ALL POPULATION INMATES:**
Inmates that do not get visits can have pictures taken. You must place the request slip in the picture ticket box on the hallway. An officer will take your request slip to the business office to have the money taken off your PMOP account. Once the money has been taken off your account, the pictures can be taken. The cost of each picture is $2.00. All pictures will be individual; no group pictures unless inmates are documented relatives. The inmate must comply with DOC dress code. The pictures must be taken within 14 days of purchase and must be of the purchaser.

No inmates will be allowed to exit their living areas with canteen items or radios. Inmates may have in their possession one open pack of tobacco products. All other items will be confiscated. Inmates who are going to school are allowed to have school supplies and books only when going to and from their living areas.

Inmates will keep their living areas in compliance from 7:00 a.m. – 5:00 p.m. daily. This includes beds made, no clotheslines, property not being used will be inside the locker box. All inmate property will be stored inside the locker box. No items are permitted to be stored under the mattress. One 4 x 6 family picture on the walls per inmate.

..............................................................

**ATTENTION ALL INMATES:**
**Notary services will be performed on Tuesdays and Thursdays for the Population Units only.**