**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Clerk, U.S. District Court
    Northern District of Alabama
    140 U.S. Courthouse
    1729 5th Avenue, North
    Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Joseph C[...]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): Joseph C[...]

C. Date of Delivery: 9/28/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:05CV780-F
   entire file

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 4567

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540